IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GUSTAVO A. PRIEGO, ) | No. C 13-01219 EJD (PR) |
| Plaintiff. ) | ORDER OF DISMISSAL |

On March 19, 2013, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff two separate notices that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint. (Docket Nos. 2 & 3.) Plaintiff was advised that he must respond to the notices within twenty-eight days or the case would be dismissed. (Id.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 4/26/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
01219Priego_dism-ifp&compl.wpd            1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE GUSTAVO PRIEGO,

    Plaintiff.

Case Number: CV13-01219 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/30/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gustavo Adrian Priego P-87815
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960-1050

Dated: 4/30/2013

    Richard W. Wieking, Clerk
    /s/ By: Elizabeth Garcia, Deputy Clerk